McGREGOR W. SCOTT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     Edward.olsen@usdoj.gov
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MEYER,<br><br>                       Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, ET AL.,<br><br>                    Defendants. | Case No. 2:20-CV-02487-KJM-KJN<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES ARMY CORPS OF ENGINEERS AND TO REMAND PLAINTIFFS' CLAIMS AGAINST THE REMAINING DEFENDANTS TO STATE COURT** |

      Plaintiff Liam Meyer and the United States Army Corps of Engineers, by and through its attorneys of record, hereby stipulate to dismissal of Plaintiff's claims against the United States Army Corps of Engineers with prejudice and to remand Plaintiff's claims against the remaining defendants to the California Superior Court for the County of Sacramento.

//

//

//

//

//

//

//

Dated:  December 21, 2020        Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:    /s/ *Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the U.S. Army Corps of Engineers

Dated:  December 21, 2020        */s/ Liam Meyer*
LIAM MEYER
Plaintiff

# ORDER

Having considered the stipulation between plaintiff and the sole removing party, the United States Army Corps of Engineers, and good cause appearing, IT IS ORDERED that:

1. The sole removing defendant, the United States Army Corps of Engineers, is dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Accordingly, the United States Army Corps of Engineers' motion to dismiss (ECF No. 4) is DENIED as moot, and all previously set deadlines and hearings in this case are VACATED; and

3. As no basis remains for removal of this action from the Superior Court of California for the County of Sacramento remains, this matter is remanded to that court immediately.

Dated:  December 28, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2487.meye